```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CAYVEST GLOBAL MANDATE INC.
f/k/a CAYVEST US EQUITY, INC.

        Plaintiff,

v.

LEWIS ASSET MANAGEMENT CORP.,
LAM OPPORTUNITY FUND, LTD, W.
AUSTIN LEWIS, IV, ANDREW J. KUNAR,
AND CHRISTOPHER WETHERHILL.

        Defendants.

10 CV 0695 (RMB)

**CASE MANAGEMENT PLAN**

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

    i.    **Joinder of additional parties by May 12, 2010**

    ii.    **Amend the pleadings by June 11, 2010**

    iii.    **All discovery to be expeditiously completed by ~~November 12, 2010~~ Sept 13, 2010** *RMB*

    iv.    **Consent to Proceed before Magistrate Judge**

        Plaintiff does not consent to proceed to trial before Magistrate Judge and instead requests a jury trial.

    v.    **Status of Settlement Discussions** *w/ proposal on 9/14/10 @ 9:00 A.M.*

        Plaintiff has received multiple communications from defendants regarding their inclination to settle the dispute and/or appoint an independent liquidator both before and after suit was filed. However, Defendants W. Austin Lewis IV, Lewis Asset Management Corp. and LAM Opportunity Fund, Ltd. then filed a request for a motion to dismiss.

        **Sections vi – xi will be set at conference with the Court.**

    vi.    **Motions**

    vii.    **Oral Argument**

    viii.    **Joint Pre-Trial Order to be submitted by**

    ix.    **Final Pre-Trial Conference**

    x.    **Trial**

    xi.    **Other** *Discovery issues referred to Magistrate Judge*

SO ORDERED: New York, New York

4/12/10

_RMB_
Hon. Richard M. Berman, U.S.D.J.

JPC/01086630