UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/10
```

CAYVEST GLOBAL MANDATE INC.
f/k/a CAYVEST US EQUITY, INC.

      Plaintiff,

v.

LEWIS ASSET MANAGEMENT CORP.,
LAM OPPORTUNITY FUND, LTD, W.
AUSTIN LEWIS, IV, ANDREW J. KUNAR,
AND CHRISTOPHER WETHERHILL,

      Defendants.

Index No.: 1:10-cv-695 (RMB)

STIPULATION ADJOURNING
MOTION DEADLINES

It is hereby stipulated and agreed by and between the attorneys for the parties below that the motion deadlines set in the Minute Entry filed by the Court on June 29, 2010 are hereby extended approximately 30 days as follows: (a) plaintiff's shall respond to the motion to dismiss and file its cross-motion on or before September 13, 2010; (b) defendants shall reply to plaintiff's opposition and oppose the cross-motion on or before October 1, 2010; and (c) plaintiffs shall file its surreply on or before October 8, 2010.

Dated: August 5, 2010

John P. Campbell, Esq.
Schenk, Price, Smith & King, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932
*Attorneys for Plaintiffs*

JPC/01108336

Thomas J. Fleming, Esq.
Mason Barney, Esq.
Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Attorneys for Defendants Lewis Asset Mgmt.
Corp., LAM Oppty. Fund, W. Austin Lewis and
Andrew J. Kunar*

SO ORDERED.

Richard M. Berman     8/10/10
U.S.D.J.