

# SCHENCK PRICE SMITH & KING, LLP

ATTORNEYS AT LAW

~ Founded 1912 ~

**JOHN P. CAMPBELL**
Admitted in NJ and NY
Direct Line: 973-540-7322
Email: jpc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
www.spsk.com

September 9, 2010

*Via FedEx Overnight Delivery*

The Hon. Richard M. Berman
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED pg. 2**

> Re:  *Cayvest Global Mandate Inc. f/k/a Cayvest US Equity, Inc. v. Lewis Asset Management Corp., LAM Opportunity Fund, Ltd., W. Austin Lewis, IV, Andrew J. Kunar, and Christopher Wetherhill*
> Case Number:   1:10-cv-695 (RMB)
> Our Matter:    23935-1

Dear Judge Berman:

We represent the plaintiff in the above captioned matter and we write to request a second adjournment of the motion schedule. We sent you our first request to adjourn the motions currently pending before Your Honor on August 6, 2010. The first request was with the consent of all parties who have appeared and it was made so that the parties could explore settlement and not waste the Court's time with motion practice given the Fund's liquidation status. This second request is again made with the consent of all parties.

We forwarded a detailed settlement offer to the defendants on August 27, 2010. We received the letter from the liquidator yesterday, September 8, 2010, but we have yet to formally hear back from Mr. Flemming as to other issues. Therefore, we request that the Court adjourn the current motion deadlines another 30 days such that: (a) plaintiff's shall respond to the motion to dismiss and file its cross-motion on or before October 13, 2010; (b) defendants shall reply to plaintiff's opposition and oppose the cross-motion on or before November 1, 2010; and (c) plaintiffs shall file its surreply on or before November 8, 2010.

Thank you in advance for your attention to this matter.

Very truly yours,
SCHENCK, PRICE, SMITH & KING, LLP

John P. Campbell (JC 8746)

> Application granted.
> Plaintiff's response and cross motion is due 10/13/10.
> Defendants' reply and cross motion is due 11/1/10. Plaintiff's surreply is due 11/8/10.
>
> SO ORDERED:
> Date: 9/10/10    *Richard M. Berman*
> Richard M. Berman, U.S.D.J.