**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAYVEST GLOBAL MANDATE INC.<br>f/k/a CAYVEST US EQUITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>LEWIS ASSET MANAGEMENT CORP.,<br>LAM OPPORTUNITY FUND, LTD, W.<br>AUSTIN LEWIS, IV, ANDREW J. KUNAR,<br>AND CHRISTOPHER WETHERHILL.<br><br>Defendants. | Index No.:   1:10-cv-695 (RMB)<br><br><br>**NOTICE OF CROSS-MOTION FOR**<br>**THE APPOINTMENT OF A RECEIVER** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law dated October 13, 2010, the Affirmation of John P. Campbell, Esq. and all Exhibits, as well as the Affirmation of Michael J. Marottee, Esq., and upon all pleadings and proceedings heretofore had herein, Plaintiff, hereby cross-moves this Court before the Honorable Richard M. Berman at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order Appointing a Receiver to Oversee the Defendant Fund's Liquidation and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the parties and order of the Court, defendants shall reply to plaintiff's opposition and oppose the cross-motion on or before November 1, 2010 and plaintiffs shall file its surreply on or before November 8, 2010.

SCHENCK, PRICE, SMITH & KING, LLP
*Attorneys for Plaintiff*

Dated:  October 13, 2010

*JPC/01121212*

/s/ John P. Campbell_____
John P. Campbell (JC 8746)
Michael J. Marotte

TO:

Thomas J. Fleming, Esq.
Olshan Grundman Frome
      Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
***Attorneys for Defendants***