UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYVEST GLOBAL MANDATE INC. f/k/a CAYVEST US EQUITY, INC.<br><br>                  Plaintiff,<br><br>v.<br><br>LEWIS ASSET MANAGEMENT CORP., LAM OPPORTUNITY FUND, LTD, W. AUSTIN LEWIS, IV, ANDREW J. KUNAR, AND CHRISTOPHER WETHERHILL.<br><br>                  Defendants. | Index No.: 1:10-cv-695 (RMB)<br><br>**MICHAEL J. MAROTTE'S AFFIRMATION** |

**MICHAEL J. MAROTTE,** an attorney duly admitted to practice law in the Southern District of New York, hereby affirms the following under the penalties of perjury:

1. I am an attorney with SCHENCK, PRICE, SMITH & KING, LLP, counsel for Plaintiff, CAYVEST GLOBAL MANDATE INC. f/k/a CAYVEST US EQUITY, INC., in the above-referenced action. As such, I am familiar with the facts and circumstances underlying same.

2. This affirmation is submitted in support of Plaintiff's Cross-Motion for the Appointment of a Receiver to Oversee the Fund's Liquidation. This affirmation is also submitted in opposition to Defendant's Motion to Dismiss.

3. I began representing the plaintiffs shortly after the defendants refused to timely supply the plaintiffs with its redemption proceeds.

4. As a part of my representation, I communicated with the defendants and all of their identifiable representatives.

5.	According to the Confidential Private Placement Memorandum dated March 1, 2006, attorneys at "Seward & Kissel serve as counsel to the Fund and the Investment Adviser in connection with matters pertaining to U.S. law." See Exhibit 2 to Campbell Affirmation, page 64.

6.	Therefore, I called Seward & Kissel to inquire about the status of my client's redemption proceeds.

7.	On March 4, 2009, attorneys at Seward & Kissel contacted me to advise that they were not representing the Fund, had never represented the Fund, and had no knowledge of the matters at hand.

**WHEREFORE,** it is respectfully requested submitted that this Court should grant plaintiff's cross-motion and deny defendants' motion and granting such other and further relief it may deem just and proper.

Dated:  October 13, 2010

JPC/01120908

SCHENCK, PRICE, SMITH & KING, LLP
*Attorneys for Plaintiff*

_____
Michael J. Marotte