```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAYVEST GLOBAL MANDATE INC.,
f/k/a CAYVEST US EQUITY, INC.,

                Plaintiff,

      -against-

LEWIS ASSET MANAGEMENT CORP.,
LAM OPPORTUNITY FUND, LTD, W.
AUSTIN LEWIS, IV, ANDREW J. KUNAR,
and CHRISTOPHER WETHERHILL,

                Defendants.
------------------------------------------------------------x

10 Civ. 695 (RMB)

**ADMINISTRATIVE ORDER**

      The parties are hereby directed to appear before the Court for oral arguments (5 minutes each) regarding the motions pending in the above-captioned action on Monday, November 22, 2010, at 9:30 a.m., in Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED**.

Dated: New York, New York
         November 12, 2010

                                            Richard M. Berman, U.S.D.J.